# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS and FRIENDS OF THE EARTH, <br><br> *Plaintiffs-Appellants,* <br><br> v. <br><br> SALLY JEWELL, in her capacity as Secretary of the Interior, DEPARTMENT OF THE INTERIOR, NEIL KORNZE, in his capacity as Director, Bureau of Land Management, BUREAU OF LAND MANAGEMENT, <br><br> *Defendants-Appellees,* <br><br> STATE OF NORTH DAKOTA, STATE OF WYOMING, WYOMING MINING ASSOCIATION, <br><br> *Intervenors-Appellees.* | No. 15-5294 |

## STATEMENT OF ISSUES TO BE RAISED

Pursuant to the Court's Order of October 28, 2015, Western Organization of Resource Councils ("WORC") and Friends of the Earth ("Friends"), plaintiffs-appellants in this matter, submit this Statement of Issues to be Raised:

1. Whether the District Court erred by failing to find that the defendants-appellees violated the National Environmental Policy Act and regulations

1

promulgated thereunder by failing either to supplement the 1979 Final Environmental Statement: Federal Coal Management Program, in light of significant new circumstances and information, or to prepare a new environmental impact statement for the federal coal management program.

2. Whether the District Court erred under the Administrative Procedure Act in refusing to require defendants-appellees to supplement the 1979 Final Environmental Statement: Federal Coal Management Program or to prepare a new environmental impact statement for the federal coal management program.

Dated: November 25, 2015

/s/ Richard E. Ayres

RICHARD E. AYRES
Ayres Law Group LLP
1707 L Street NW, Suite 850
Washington, DC 20036
T: (202) 452-9200 / F: (202) 872-7739
ayresr@ayreslawgroup.com

*Counsel for Western Organization of Resource Councils and Friends of the Earth*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, thereby serving it on all parties of record, this 25th day of November, 2015.

Respectfully submitted,

/s/ John H. Bernetich
John H. Bernetich
AYRES LAW GROUP LLP
1707 L St. NW, Suite 850
Washington, DC 20036
(202) 452-9200
bernetichj@ayreslawgroup.com