ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS and FRIENDS OF THE EARTH, | ) ) ) ) |
| *Plaintiffs-Appellants,* | ) ) |
| v. | ) ) |
| SALLY JEWELL, in her capacity as Secretary of the Interior, DEPARTMENT OF THE INTERIOR, NEIL KORNZE, in his capacity as Director, Bureau of Land Management, BUREAU OF LAND MANAGEMENT, | ) ) ) ) ) ) ) |
| *Defendants-Appellees,* | ) ) |
| STATE OF NORTH DAKOTA, STATE OF WYOMING, WYOMING MINING ASSOCIATION, | ) ) ) ) |
| *Intervenors-Appellees.* | ) ) |

**No. 15-5294**

_____

## UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE

Pursuant to Circuit Rule 28(e), Plaintiffs-Appellants in the above-captioned

matter request a 60-day extension of the briefing schedule.  This matter concerns

whether the National Environmental Policy Act ("NEPA") requires Defendants-

Appellees Secretary of the Interior Sally Jewell, Department of the Interior, Bureau of

Land Management Director Neil Kornze, and Bureau of Land Management to conduct a Programmatic Environmental Impact Statement ("PEIS") addressing the climate change impacts of the federal government's coal leasing program. Counsel for Defendants-Appellees, Intervenor State of Wyoming, and Intervenor Wyoming Mining Association have consented to the relief requested. Counsel for Intervenor State of North Dakota has not stated a position as of the time of filing.

On January 15, 2016, Secretary Jewell directed the Bureau of Land Management to conduct a "discretionary" PEIS for the federal coal program, and placed a pause on issuance of new leases and modifications of existing leases, with certain exclusions. On March 30, 2016, after the briefing schedule was established for this appeal, the Bureau of Land Management published a notice of intent to prepare a PEIS to review the federal coal program and to conduct public scoping meetings. The undersigned parties now request the briefing schedule be extended 60 days to permit discussions among the parties that may obviate the need for briefing. A proposed briefing schedule is at paragraph 9 below.

In support of this motion, the undersigned parties state the following:

**Background**

1.    Plaintiffs-Appellants appeal the District Court's Memorandum Opinion and Order, each filed August 27, 2015, granting Federal Defendant[s'] Corrected Motion to Dismiss, denying as moot the State of Wyoming's Motion to Dismiss,

denying as moot the State of North Dakota's Motion to Dismiss, denying as moot the Wyoming Mining Association's Motion to Dismiss, and dismissing the complaint.

2.     The State of North Dakota, the State of Wyoming, and the Wyoming Mining Association intervened in the case below and have appeared as intervenors in this appeal in support of Defendants-Appellees.

3.     In their Complaint, Plaintiffs-Appellants sought an order declaring that Defendants-Appellees are obligated by NEPA to issue a supplemental PEIS for the federal coal program in light of new information related to climate change that has developed since the last PEIS was conducted for the program.  Plaintiffs-Appellants sought an injunction ordering Defendants-Appellees not to take any action with regard to any new lease or modify an existing lease, unless and until Defendants-Appellees comply with NEPA.  Compl. at 65-66 (Nov. 24, 2014).

4.     On January 15, 2016, Secretary Jewell directed the Bureau of Land Management "to prepare a discretionary [PEIS] that analyzes potential leasing and management reforms to the current Federal coal program."  Secretarial Order No. 3338 (Jan. 15, 2016) at 1.[1]  The Secretary identified a number of topics that the PEIS should address, including the effects of the program on climate.  *Id.* at 7-8.

---

[1] Available at
http://www.blm.gov/style/medialib/blm/wo/Communications_Directorate/public_affairs/news_release_attachments.Par.4909.File.dat/FINAL%20SO%203338%20Coal.pdf.

5.      The Secretary also announced a "pause" on the issuance of most new leases and modifications of existing leases, with certain exclusions.

6.      As directed by the Court, the parties submitted a joint briefing proposal on March 17, 2016.  ECF No. 1604565.  By order dated March 29, 2016, ECF No. 1606114, the Court established the following briefing schedule:

| Document | Due Date | Word Limits |
|---|---|---|
| Appellants' Opening Brief | May 9, 2016 | 14,000 words total |
| Appellees' Brief | June 30, 2016 | 14,000 words total |
| Joint Brief for Appellee-Intervenors | July 28, 2016 | 8,750 words total |
| Appellants' Reply Brief | August 11, 2016 | 7,000 words total |
| Deferred Appendix | August 18, 2016 | N/A |
| Final Briefs | August 25, 2016 | N/A |

7.      On March 30, 2016, the Bureau of Land Management published a "Notice of Intent to Prepare a [PEIS] to Review the Federal Coal Program and to Conduct Public Scoping Meetings."  81 Fed. Reg. 17,720.  The Notice "begins the process of defining the scope of the [PEIS] by providing background on the Federal coal program and identifying the issues that may be addressed in the [PEIS]."  81 Fed. Reg. at 17,720.

8.      The parties wish to engage in discussions regarding management of this litigation in light of the foregoing.

**Relief requested**

9.      The parties seek to extend the briefing schedule 60 days to permit discussions that may obviate the need for briefing in this matter.  A delay in briefing could conserve the Court's and the parties' resources by avoiding potentially unnecessary briefing.

10.      The parties propose the following briefing schedule:

| Document | Due Date | Word Limits |
|----------|----------|-------------|
| Appellants' Opening Brief | July 8, 2016 | 14,000 words total |
| Appellees' Brief | August 29, 2016 | 14,000 words total |
| Joint Brief for Appellee-Intervenors | September 26, 2016 | 8,750 words total |
| Appellants' Reply Brief | October 11, 2016[2] | 7,000 words total |
| Deferred Joint Appendix | October 17, 2016 | N/A |
| Final Briefs | October 24, 2016 | N/A |

11.      The proposed schedule does not alter the word limits established in the Court's briefing order of March 29, 2016.

---

[2] Sixty days from the initial due date for Appellants' Reply Brief—Monday, October 10, 2016—is a federal holiday.

Dated: April 22, 2016

Respectfully submitted,


/s/ Richard E. Ayres
Richard E. Ayres
Jessica L. Olson
AYRES LAW GROUP LLP
1707 L Street NW, Suite 850
Washington, DC 20036
T: (202) 452-9200 / F: (202) 872-7739
ayresr@ayreslawgroup.com
olsonj@ayreslawgroup.com

John Bernetich
AYRES LAW GROUP LLP
1536 Wynkoop Street, Suite 528
Denver, CO 80202
T: (720) 504-3002 / F: (202) 872-7739
bernetichj@ayreslawgroup.com
*Counsel for Appellants Western Organization of Resource Councils and Friends of the Earth*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Unopposed Motion to Extend Briefing Schedule have been served through the Court's CM/ECF system on all registered counsel this 22nd day of April, 2016.


/s/ John Bernetich
Counsel for Appellants