# United States Court of Appeals
### For The District of Columbia Circuit

_____

No. 15-5294                                              September Term, 2015

1:14-cv-01993-RBW

Filed On: June 14, 2016 [1619174]

Western Organization of Resource
Councils and Friends of the Earth,

       Appellants

       v.

Sally Jewell, In her capacity as Secretary of
the Interior, et al.,

       Appellees

## O R D E R

Upon consideration of the joint motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file status reports at 120-day intervals beginning October 12, 2016.

The parties are directed to file motions to govern future proceedings in this case within 60 days of the issuance of the final programmatic environmental impact statement.

                                                                   **FOR THE COURT:**
                                                                   Mark J. Langer, Clerk

                             BY:      /s/
                                                   Mark A. Butler
                                                   Deputy Clerk